# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   23-mj-00063 MJM |
| JOHN W. BALCH | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 2017, July 2017, July 2022 in the county of Washington in the
_____ District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C. Section 2422(b) | Coercion and Enticement of a Minor |
| 18 U.S.C. Section 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Christopher C. Reid, which is attached and incorporated herein by reference.

☑ Continued on the attached sheet.

*Christopher C. Reid*
*Complainant's signature*

Christopher C. Reid, Special Agent, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   1/5/23

*Judge's signature*

City and state:   Baltimore, Maryland    Matthew J. Maddox, U.S. Magistrate Judge
*Printed name and title*